# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | CIV-11-611-R |
| | ) | |
| REAL PROPERTY KNOWN AS | ) | |
| 640 NORTHWEST 150TH STREET | ) | |
| OKLAHOMA CITY, OK 73013, | ) | |
| ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF FORFEITURE AS TO
## DEFENDANT PROPERTIES IN LOST FOREST DEVELOPMENT

Plaintiff, United States of America, has moved the Court to enter an order putting into effect the terms of the Stipulation for Compromise Settlement between the United States of America and claimant TAD, LLC, by and through its attorney, Chris Harper. The Court has reviewed the motion of the United States (Doc. 100) and the Court's file, and notes that a Compromise Settlement between the United States and claimant has been reached in this case. Other claimants to these same defendant properties, if any, have withdrawn their claims, or by the Stipulation intend to withdraw their claims.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that: 1) the $95,643.76 substituted for defendant Lot No. 4; 2) the $95,329.24 substituted for defendant Lot No. 13; 3) defendant $6,514.00 from Coppermark Bank account #XX9996; and, 4) a one-time claimant payment to be made to the United States Marshal Service in the amount of

$102,513.24, shall be forfeited to the United States pursuant to 18 U.S.C.§ 1955(d). No other parties or persons shall have any interest in said forfeited property, and the United States shall dispose of the property according to law.

IT IS FURTHER ORDERED that the United States shall release its lis pendens concerning the Lost Forest development, and any forfeiture interest the United States may have had in such real property development arising from within this matter has been settled.

SO ORDERED this 15th day of January, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE