**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | CIV-11-611-R |
| | ) | |
| REAL PROPERTY KNOWN AS | ) | |
| 640 NORTHWEST 150TH STREET | ) | |
| OKLAHOMA CITY, OK 73013, | ) | |
| ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DISMISSING DEFENDANT 640 N.W. 150th Street

NOW on this 25th day of April, 2014, upon motion of plaintiff, (Doc. 136), and for good cause shown,

IT IS ORDERED that the following defendant property is hereby dismissed from this action without prejudice, and that the United States shall release its lis pendens:

a)    Real property known as **640 N.W. 150th Street**, Oklahoma City, Oklahoma, more particularly described as:

A part of the Northwest Quarter (NW/4), Section Nine (9), Township Thirteen (13) North, Range Three (3) West, Indian Meridian, Oklahoma County, Oklahoma, more particularly described as follows: COMMENCING at the N.W. corner of said NW/4 of Section 9; THENCE due East along the North line of said Section 9 a distance of 1850.99 feet to the point of beginning; THENCE continuing East along the North line of said Section 9, a distance of 213.0 feet; THENCE due South a distance of 335.0 feet; THENCE South 89°59'29" West a distance of 213.0 feet; THENCE due North a distance of 335.0 feet to the point or place of beginning.

_____
**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**